Pedro E. Cantero Bonilla
DC# C11269
V.S
Official X. Lam
Jail 33 Orange County
Correctional

CASE NO: 2022-10729-CIDL
DIV. 01
Appeal Case.

FILED 2023 JUN -2 PM 3:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

# !Civil Motion 1983 Pr SE

Plesses Involved,

I am Hoping that I could be provided or be Given the Assistance to this Relevant Issue the poppers to File will be attached... Im under the thoughts and belief that you don't rememberme. the Reason First and Foremost is to be able to Acknowledge For my purpose what would be A plan A. the problem Stemmed From An Injury & Surgery in Jail 33 in Orlando I am endeavoring to File A Law Suit. My Families Number Is Natty Rodrigues 813-893-2185 Hispanic w/ — Jennifer Castro 407-222-9940 english.

The Purpose of this Motion is Based on this Evidence, Alibar, Witness, Camaras, Record Medical, that Im Inclusding In this Papers.. Based to the OFFicer c/o X. Lam,, Orange County Jail 33 Following this Evidence Record. ect.. Federal Court. 42.U.S.C. 1983 damages...
Sincerly Respectfull
Pedro E. Cantero Bonilla
DC# C11269

**Legal Mail Received**
**MAY 30 2023**
Dade C.I.
P.C.B
**Legal Paper**

FOR ORANGE COUNTY, FLORIDA, JUSTICE

Pedro E. Cantero Bonilla          CASE NO: 2015-CF-012739-A-O
DC# C11269                         Mayo 28-2023   Appeal

Respectfully Prays this Honorable Court

My Petition is so that i may Present a Civil Law Suit, Referring to an Injury, THE INJURY took Place in Orange County Jail 33 AT the Momment i'm at a Mental health, Place. I Suffer From an Injury, Surgery, Which Stemm From an Abuse by the c/o Police - A Forced Harm. This of Which I was taken to the Street Hospital in Advance Surgery For in Orlando Downtown All this information, R.M.C. is Reflective de My Medical Records, I HOPE of your Cooperation Relevant to this Civil Law Suit, For this time the Officer is Still Working and No Action, Has been taken because of the Assualt. I'm Asking For a Recompense For an Injury, I HAVE Followed Suit in Department of tallahassee - the Submitting three of,, No Response Given thereof to solve the Problema, Has been Prioritized to the extent of an, Court, Honorable Process Requerido Rule y Ley Civil Motion 1983 of Claims..

Sincerety, Respect and Hope this Letter is Accepted And Motion, Thank you Very much.

Att: Pedro E. Cantero Bonilla C11269